88 A.3d 932

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JAMES HAYWOOD, DEFENDANT–PETITIONER.

April 3, 2014.

ORDERED that the petition for certification is denied;  and it is further

ORDERED that on the remand ordered by the Superior Court, Appellate Division, the sentencing court also shall explain its findings with respect to the aggravating factors and its balancing of the aggravating and mitigating factors as required by *State v. Fuentes*, 217 *N.J.* 57, 85 *A.*3d 923 (2014).